```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


LINCOLN HARBOR ENTERPRISES,
L.L.C.                                :
          (Plaintiff)                 :
     V.                               :        Civil 08-526 (WHW)
                                      :              ORDER
M.Y. DIPLOMAT, et al                  :
          (Defendant)                 :
                                      :
```

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received a Notice of Voluntary Dismissal from the plaintiff,

It is on this 20th day of August 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

 

 

S/ William H. Walls
───────────────────────────
WILLIAM H. WALLS
United States District Judge